Matthew McNease
Legal Officer
Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>CHRIS LOZADA,<br><br>           Defendant. | No.  6:14-MJ-119-MJS<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Matthew McNease, legal officer for the National Park Service, and Defendant Chris LOZADA, by and through his attorney of record, Carol Moses, that the Initial Appearance currently scheduled for January 7, 2015 at 10:00 a.m. be moved to January 21, 2015, at 10:00 a.m.

Dated:  January 7, 2015      /S/ Matthew McNease_____
                             Matthew McNease
                             Legal Officer
                             Yosemite National Park

Dated:  January 7, 2015       /S/ Carol Moses_____
                             Carol Moses
                             Attorney for Defendant
                             Chris Lozada

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the currently scheduled Initial Appearance in *United States v. Chris Lozada,* 6:14-mj-119-MJS, be moved from January 7, 2015 at 10:00 a.m. to January 21, 2015 at 10:00 a.m..

IT IS SO ORDERED.

Dated:   January 8, 2015          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE