Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS LOZADA,<br><br>　　　　　　Defendant. | DOCKET NO. 6:14-mj-119-MJS<br><br>**STATEMENT OF WITHDRAWAL OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　　Defendant, Chris LOZADA, was arrested August 7, 2014, in Yosemite National Park and charged with one count on a Criminal Complaint: Count 1: Under the influence of alcohol and/or drugs to a degree that may endanger oneself or others. LOZADA plead guilty March 17, 2015, to Count 1 and was sentenced to the following: 12 months of unsupervised probation, pay a $10 statutory assessment, attend AA once weekly for the first six months of probation, obey all laws, and to report new law violations.  A review hearing was set for February 16, 2016 at 10:00 AM. On January 14, 2016, the Yosemite Legal Office filed a Statement of Alleged Probation Violation(s) alleging LOZADA had failed to pay the statutory assessment, failed to obey all laws, failed to report a new law violation, and failed to attend AA. The Yosemite Legal Office has been informed

1

1  LOZADA's twin brother was arrested on May 25, 2015 in Ripon, CA, and not LOZADA.
2  LOZADA has also paid the statutory assessment. The Government withdraws its
3  Statement of Alleged Probation Violation(s) in this matter. The parties will shortly file a
4  Stipulation requesting an extension of probation to give LOZADA time to complete the
5  AA component of probation.

Dated: February 4, 2016                    By: /s/ Matthew McNease
                                               Matthew McNease
                                               Acting Legal Officer
                                               Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

For the reasons set forth above, the Statement of Alleged Probation Violation(s) in DOCKET NO. 6:14-mj-119-MJS is deemed withdrawn.

IT IS SO ORDERED.

Dated:   February 4, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2