1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:   (559) 513-8530
4
5  Attorney for Defendant, CHRIS LOZADA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00119-MJS

12 |         Plaintiff,

13 |    v.                     | **STIPULATION TO EXTENSION OF PROBATION TO AUGUST 16, 2016; ORDER THEREON**

14 | CHRIS LOZADA,

15 |         Defendant.

16

17        **IT IS HEREBY STIPULATED** by and between the Defendant, CHRIS LOZADA, his

18 attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

19 Service, MATTHEW McNEASE, that probation for Mr. Lozada be extended to August 16, 2016.

20 This extension will permit Mr. Lozada to attend weekly AA meetings as ordered in the Judgment

21 imposed on March 17, 2015.

22

23 Dated:  February 5, 2016            /s/ Carol Ann Moses
                                      CAROL ANN MOSES
24                                    Attorney for Defendant,
                                      CHRIS LOZADA
25

26 Dated:  February 5, 2016            /s/ Matthew McNease
                                      MATTHEW McNEASE
27                                    Acting Legal Officer
                                      National Park Service
28

ORDER

For good cause, the Court accepts the above Stipulation to Extend Probation in CASE NO. 6:14-mj-00119-MJS, adopts it and HEREBY ORDERS AS FOLLOWS:

Probation for Defendant CHRIS LOZADA shall be extended to August 16, 2016 to enable Defendant to comply witht the terms of her probation insofar as attendance at weekly AA meetings.

IT IS SO ORDERED.

Dated:   February 8, 2016            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

PROBATION TO AUGUST 16, 2016

2